IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:20cr**069** |
| | ) |
| HENRY ALEXANDER MCLARTY, SR., | ) |
| | ) |
| Defendant. | ) |

**CRIMINAL INFORMATION**

THE UNITED STATES CHARGES THAT:

**Count One**
(Conspiracy to Commit Wire Fraud and Money Laundering)

From in or about 2013 through in or about April 2018, within the Eastern District of Virginia and elsewhere, the defendant, HENRY ALEXANDER MCLARTY, SR., did knowingly and voluntarily conspire and agree with others, both known and unknown, the commit offenses against the United States, namely:

1. knowingly devised and intended to devise a scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, did knowingly and unlawfully transmit and cause to be transmitted by means of wire communication in interstate or foreign commerce, writings, signs, and signals for the purpose of executing the scheme and artifice, in violation of 18 U.S.C. § 1343; and

2.   knowingly engaged and attempted to engage in a monetary transaction by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1957.

### Overt Acts

In furtherance of the conspiracy, and to effect its objects, the co-conspirators committed the following overt acts, among others, in the Eastern District of Virginia, and elsewhere:

3.   On or about August 10, 2015, MCLARTY, SR., and his co-conspirators caused victim C.W. to wire transfer $300,000 from his Navy Federal Credit Union account to World Wide Carbon, LLC's Bank of America, N.A. account number ending 0908.

4.   On or about August 11, 2015, MCLARTY, SR., and his co-conspirators caused the wire transfer of $51,520 from World Wide Carbon, LLC's Bank of America, N.A. account number ending in 0908 to a co-conspirator's bank account at Associated Credit Union, account number ending in 2931.

(All in violation of 18 U.S.C. § 371.)

## Forfeiture Allegation

Pursuant to Federal Rule of Criminal Procedure 32.2, the defendant is advised that upon conviction of the offense charged in Count One of this Information, he shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violation charged in Count One.

If property subject to forfeiture meets the requirements of 21 U.S.C. § 853(p), the government will seek an order forfeiting substitute assets.

(In accordance with 18U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: /s/ Jessica D. Aber

Jessica D. Aber
Assistant United States Attorney