**CRIMINAL PROCEEDINGS** — **U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION**

JUDGE: HANES  
REPORTER: GIL HALASZ  
DOCKET NO. 3:20cr69  
DATE: 7/21/2020

UNITED STATES OF AMERICA  
v.  
COUNSEL

1. HENRY McLARTY, SR.   1. BENJAMIN HATCH and THOMAS BEVER
   Deft appeared via VTC ( ) ZOOM ( X )

**APPEARANCES:** GOVERNMENT JESSICA ABER ( X )  
DEFENDANT WITH COUNSEL ( X )   DEFENDANT WITHOUT COUNSEL ( )  
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( )  
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND/SUPERVISED RELEASE ( )   DEFENDANT INCARCERATED ( )  
BOND NOT SET ( X )

**TYPE OF PROCEEDINGS:** INITIAL ( X ) ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )  
PRELIMINARY ( ) DETENTION ( ) MOTIONS ( ) OTHER: BOND ( X )  
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )  
CRIMINAL INFORMATION FILED ( )  
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )  
COURT SUMMARIZED CHARGES ( X ) DEFT. ADVISED OF RULE 5 RIGHTS ( X )  
FINANCIAL AFFIDAVIT ( ) COUNSEL TO BE APPOINTED ( )  
DEFT TO RETAIN COUNSEL ( )  
GOVT'S MOTION TO DETAIN DEFT ( ) ORDER OF TEMPORARY DETENTION ( )  
DEFT REMANDED ( ) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( )   PROBABLE CAUSE FOUND ( )  
MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )   DEFT REMANDED ( )  
WITNESS(ES) _____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE ( )   DEFT ADDUCED EVIDENCE ( )  
ARGUMENTS HEARD ( )   FINDINGS STATED FROM BENCH ( )  
DEFT WAIVED HEARING ( )   DEFENDANT CONTINUED ON PRESENT BOND ( )  
DEFT HELD W/O BOND ( )   FLIGHT RISK ( )   DANGER ( )  
DEFENDANT RELEASED ON BOND ( X )   ELECTRONIC MONITORING ( )  
3rd PARTY CUSTODIAN ( ) MOTION FOR CONTINUANCE ( )   GOVT ( )   DEFT ( )  
DEFT REMANDED ( ) GOVT NOT SEEKING DETENTION ( X )  
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )  
WITNESS(ES) _____

**CASE CONTINUED TO:** _____ FOR _____

CASE SET: 11:00   BEGAN: 11:01   ENDED: 11:19   TIME IN COURT: 18 MINS