CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Gibney
REPORTER: G. Halasz, OCR
DOCKET NO. 3:20cr69
DATE: 7/21/20

UNITED STATES OF AMERICA
v.

1. HENRY ALEXANDER McLARTY, SR.

COUNSEL

1. Benjamin Hatch, Thomas Bever

**APPEARANCES:** *held via zoom.gov*
GOVERNMENT Jessica Aber, AUSA ( )
DEFENDANT WITH COUNSEL ( ✓ )   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )   WAIVER OF APPEARANCE FILED ( ✓ ) *in person*

**BAIL STATUS:** DEFENDANT ON BOND ( ✓ )   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA ( )  MOTIONS ( )
OTHER: _____ ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( ✓ )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**ARRAIGNMENT PROCEEDINGS:**

| | DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( ✓ )
STATEMENT OF FACTS FILED ( ✓ )   USED AS SUMMARY ( ✓ )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) __1__ ( )
COURT ACCEPTED PLEA ( ✓ )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) __1__ ( )
PRESENTENCE REPORT ORDERED ( ✓ )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( ✓ )

**BOND HEARING PROCEEDINGS:**
DEFENDANT CONTINUED ON PRESENT BOND ( ✓ )   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

**OTHER PROCEEDINGS:** _____

CASE CONTINUED TO: January 20, 2021 AT 10:00 A.M. FOR Sentencing

CASE SET: 11:00 am    BEGAN: 11:20 am    ENDED: 12:06 pm    TIME IN COURT: 46 mins.